**Dated: June 08, 2010**

**The following is ORDERED:**



_____
Tom R. Cornish
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| IN RE: | ) | | |
| | ) | | |
| Kevin Lawrence Marshall, | ) | Case No. | 10-80426-TRC |
| | ) | Chapter | 7 |
| DEBTOR. | ) | | |

### ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY AND MOTION FOR ORDER OF ABANDONMENT

This Court, upon representation of Counsel, and review of the pleadings on file in this case, finds as follows:

1. U.S. Bank, N.A. filed its Motion for Relief from the Automatic Stay and Motion for Order of Abandonment (the "Motion") on May 21, 2010, regarding the real property described as:

> **Lot Twenty-three (23), Block Eight (8), GLEN EAGLES IV, a subdivision of part of SE/4 of Section 19, Township 19 North, Range 15 East of the Indian Base and Meridian, an addition in the City of Broken Arrow, Wagoner County, State of Oklahoma, according to the recorded plat thereof, commonly known as 3317 East Fairmont Street, Broken Arrow, Oklahoma 74014**

16020/BR

MOVANT TO NOTIFY INTERESTED PARTIES

(the "Property").

2. The Motion set forth the time for filing an objection to the Motion and no objections have been filed.

3. The Motion was mailed to the official mailing matrix which includes the Debtor, his counsel and the Trustee on May 21, 2010, as indicated by the Certificate of Mailing filed that same day.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED by the Court that the stay imposed by 11 U.S.C. Section 362 is hereby modified and U.S. Bank, N.A. is entitled to pursue its remedies against the Property.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED by the Court that all interest the Trustee may have in and to the Property is hereby abandoned.

# # #

Submitted by:

**KIVELL, RAYMENT AND FRANCIS, P.C.**
**A Professional Corporation**

 s/ Amy Collins
Brian J. Rayment, OBA #7441
Amy Collins, OBA #18033
Triad Center I, Suite 240
7666 East 61st Street
Tulsa, Oklahoma 74133
Phone: (918) 254-0626
Facsimile: (918) 307-9132

**ATTORNEYS FOR CREDITOR**